**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES E. KIRKPATRICK** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ROYAL BANK AMERICA** | : | **NO. 11-1112** |

<u>**ORDER**</u>

**AND NOW**, this 29th day of September, 2011, upon consideration of the plaintiff's Motion for Summary Judgment (Document No. 8) and Royal Bank's response, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the Court of Common Pleas of Berks County, Pennsylvania.

      /s/Timothy J. Savage
     TIMOTHY J. SAVAGE,  J.